JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

6/30/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SYLVESTER RAWLS,

                Petitioner,

      v.

JEFFREY BEARD, Secretary of
the California Department of
Corrections and Rehabilitation,

                Respondent.

_____

Case No. LA CV 14-1732 MWF (JCG)

**JUDGMENT**

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: June 30, 2015

_____

HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE